

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2015

No. 04-14-00690-CV

Thomas **ROSAS**, Jaime Rosas, and all Occupants,
Appellants

v.

**21ST MORTGAGE CORPORATION**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2014-CV-00771
Honorable Tina Torres, Judge Presiding

## O R D E R

On January 30, 2015, this Court granted appellant's Motion For Extension of Time to file appellant's brief in this accelerated appeal. Appellant's brief was due to be filed by February 9, 2015. Appellant has not filed the brief. It is therefore ORDERED appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court